HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DESIRE HUNTER,

    Plaintiff,

  v.

THE COCA-COLA COMPANY, et al.,

    Defendant.

CASE NO. C14-609RAJ

ORDER

      The court GRANTS the parties' stipulated motion (Dkt. # 38) and VACATES the trial date and all pretrial deadlines. The court sets a new trial date of April 11, 2016, and directs the clerk to enter a new case scheduling order based on that trial date.

      This is a substantial continuance; it moves the trial date from October 2015 to April 2016. Absent extraordinary circumstances, it will be the final continuance the court grants.

      DATED this 15th day of April, 2015.

                                                                                           *[signature]*

                                                         The Honorable Richard A. Jones
                                                         United States District Judge

ORDER – 1